IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARANEH VESSAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-cv-7651 |
| vs. ) | |
| ) | Honorable Judge Andrea R. Wood |
| CHASE BANK USA, N.A., ) | |
| and FREDERICK J. HANNA ) | |
| & ASSOCIATES, P.C. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Taraneh Vessal hereby informs the Court that the parties have reached a resolution in this matter but require additional time to memorialize the agreement in writing. The parties expect to file a Stipulation of Dismissal within 45 days.

Respectfully submitted,

s/ Sharon Goott Nissim
Sharon Goott Nissim

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Sharon Goott Nissim, hereby certify that on December 18, 2013 a copy of the foregoing document was filed electronically via the CM/ECF system which sent notification to the following parties:

David T. Ballard (david.t.ballard@chase.com)

Julia B. Strickland (jstrickland@stroock.com)

I further certify that the foregoing document was sent via e-mail to the following parties:

Arjun P. Rao (arao@stroock.com)

Julieta Stepanyan (jstepanyan@stroock.com)

                                                 s/ Sharon Goott Nissim
                                                 Sharon Goott Nissim