# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TARANEH VESSAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-cv-7651 |
| vs. ) | |
| ) | Honorable Judge Andrea R. Wood |
| ) | |
| CHASE BANK USA. N.A., ) | |
| and FREDERICK J. HANNA ) | |
| & ASSOCIATES, P.C. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), plaintiff Taraneh Vessal and defendant Chase Bank USA, N.A. (collectively the "parties") hereby stipulate and agree to the dismissal of plaintiff's claim against defendants with prejudice and without costs. This stipulation of dismissal disposes of the entire action.

| | |
|---|---|
| s/ Rebecca A. Cohen | s/ Julia B. Strickland |
| Rebecca A. Cohen | Julia B. Strickland |
| | |
| Daniel A. Edelman | Julia B. Strickland |
| Cathleen M. Combs | **STROOCK & STROOCK &** |
| James O. Latturner | **LAVAN LLP** |
| Rebecca A. Cohen | 2029 Century Park East, Suite 1600 |
| **EDELMAN, COMBS, LATTURNER** | Los Angeles, California 90067 |
| **& GOODWIN, LLC** | (310) 556-5800 |
| 120 S. LaSalle, 18th Floor | |
| Chicago, IL 60603 | David T. Ballard |
| (312) 739-4200 | **JPMORGAN CHASE & CO.** |
| *Attorneys for Plaintiff* | 10 S. Dearborn, Floor 20 (IL 1-0287) |
| | Chicago, IL 60603 |
| | (312) 732-3683 |
| | *Attorneys for Defendant Chase Bank USA, N.A.* |

**CERTIFICATE OF SERVICE**

      I, Rebecca A. Cohen, hereby certify that on January 22, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notification of such filing(s) via e-mail to the following parties:

David T. Ballard
david.t.ballard@chase.com

Julia B. Strickland
jstrickland@stroock.com

      I further certify that the foregoing document was sent via e-mail to the following parties:

Arjun P. Rao
arao@stroock.com

Julieta Stepanyan
jstepanyan@stroock.com

                                        s/ Rebecca A. Cohen
                                        Rebecca A. Cohen