# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Taraneh Vessal

                                          Plaintiff,

v.                                                                                 Case No.: 1:13–cv–07651
                                                                                Honorable Andrea R. Wood

Chase Bank USA, N.A., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 29, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: The parties having filed a stipulation of dismissal as to all defendants and all claims pursuant to FRCP 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs. Civil case terminated. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.